Marc V. Kalagian
Attorney at Law: 4460
Law Offices of Lawrence D. Rohlfing, Inc., CPC
12631 East Imperial Highway Suite C-115
Santa Fe Springs, CA 90670
Tel.: (562) 868-5886
Fax: (562) 868-5491
E-mail: rohlfing.office@rohlfinglaw.com

Leonard Stone
Attorney at Law: 5791
Shook and Stone, Chtd.
710 South 4th Street
Las Vegas, NV 89101
Tel.: (702) 385-2220
Fax: (702) 384-0394
E-mail: LStone@shookandstone.com

Attorneys for Plaintiff Tamra Marie Collier

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| TAMRA MARIE COLLIER, | Case No.: 2:24-cv-01263-NJK |
| Plaintiff, | STIPULATION TO EXTEND TIME OF TIME TO FILE PLAINTIFF'S BRIEF AND ORDER |
| vs. | (FIRST REQUEST) |
| MARTIN O'MALLEY, Commissioner of Social Security, | |
| Defendant. | |

Plaintiff Tamra Marie Collier and Martin O'Malley, Commissioner of Social Security, through their undersigned attorneys, stipulate, subject to this Court's approval, to extend the time from October 10, 2024 to December 9, 2024, for Plaintiff to file her brief with all other deadlines as per the Supplemental Rules for

-1-

Social Security Actions under 42 U.S.C. § 405(g) of the Federal Rules of Civil Procedure extended accordingly. This is Plaintiff's first request for an extension. This request is made at the request of Plaintiff's counsel to allow additional time to fully research the issues presented.

DATE: October 8, 2024     Respectfully submitted,

                           LAW OFFICES OF LAWRENCE D. ROHLFING, INC., CPC

                                /s/ *Marc V. Kalagian*
BY: _____
                            Marc V. Kalagian
                            Attorney for plaintiff Tamra Marie Collier

DATE: October 8, 2024     JASON M. FRIERSON
                                   United States Attorney

                                 /s/ *Franco L. Becia*
BY: _____
                            Franco L. Becia
                            Special Assistant United States Attorney
                            |*authorized by e-mail|

ORDER

DATE:   October 10, 2024

IT IS SO ORDERED:

                           THE HONORABLE NANCY J. KOPPE
                           UNITED STATES MAGISTRATE JUDGE