# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| TAMRA C., <br><br> Plaintiff, <br><br> v. <br><br> LELAND C. DUDEK, <br><br> Defendant. | Case No. 2:24-cv-01263-NJK <br><br> **Order** |

Leland C. Dudek is now Acting Commissioner of Social Security. A "[public] officer's successor is automatically substituted as a party." Fed. R. Civ. P. 25(d). Accordingly, the Clerk's Office is **INSTRUCTED** to substitute Leland C. Dudek in place of Martin O'Malley.

IT IS SO ORDERED.

Dated: March 27, 2025

_____
Nancy J. Koppe
United States Magistrate Judge

1